UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACI SPECTOR, ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DEVON BERGMAN, et al.,<br><br>  Defendants. | Case No.17-cv-05459-VKD<br><br>**ORDER RE DEFENDANTS' COUNSEL OF RECORD** |

An attorney must be a member of the bar of this Court in order to practice before this Court and in this District. Civ. L.R. 11-1(a). It has come to the Court's attention that defendants' identified counsel of record, Christopher Mader, is not found on the membership rolls of the bar of the Northern District of California. Accordingly, any further submissions or arguments from defendants cannot be taken under consideration unless and until they appear through counsel who is a member of the bar of this Court. Mr. Mader is referred to the Admission to Practice page on the Northern District of California's website (https://cand.uscourts.gov/attorneys/admission) and is directed to promptly advise the Court of any change in his Northern District of California bar admission status.

**IT IS SO ORDERED.**

Dated: October 3, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge