UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACI SPECTOR, et al.,<br>　　　　Plaintiffs,<br>　v.<br>DEVON BERGMAN, et al.,<br>　　　　Defendants. | Case No.17-cv-05459-VKD<br><br>**ORDER TO SHOW CAUSE RE JOINT PRETRIAL STATEMENT** |

The parties advised the Court that they settled their dispute on January 28, 2019. Dkt. No. 74. The parties represented to the Court that they would file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41 by February 27, 2019. Dkt. No. 78.

All pretrial deadlines and trial dates remain on calendar unless and until a stipulated dismissal is filed. Dkt. No. 76. The parties' joint pretrial statement was due on February 27, 2019, the pretrial conference is set for March 6, 2019, and trial is scheduled for March 13-15, 2019. Dkt. No. 63.

The parties failed to file either a stipulated dismissal or their joint pretrial statement by February 27, 2019.

Accordingly, the parties are ORDERED TO SHOW CAUSE why the Court should not impose monetary or other sanctions against them for failure to file the joint pretrial statement as the Court ordered. A written response to this Order must be filed by **March 1, 2019**. The Court will hold a hearing on this Order to Show Cause on **March 5, 2019, at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95008.

In addition, the Court reminds the parties that, in the event they fail to proceed with trial as scheduled, Civil Local Rule 40-1 provides for the assessment of jury costs and the imposition of

appropriate sanctions against them.

**IT IS SO ORDERED.**

Dated: February 28, 2019

                                              VIRGINIA K. DEMARCHI
                                              United States Magistrate Judge